IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


ELIDIO PENA ROJAS,

    Petitioner,

v.                                                        No. 1:26-cv-00424-KG-GJF

KRISTI NOEM, et al.,

    Respondents.

ORDER TO ANSWER

Petitioner Elidio Pena Rojas filed a petition for writ of habeas corpus under 28 U.S.C.

§ 2241 on February 16, 2026.  Doc. 2.  The Clerk of Court provided notice of completion of

electronic service on February 17, 2026.  Doc. 3.  The Court orders Respondents to file an

answer within 10 business days of service of the petition, by March 3, 2026.  The Clerk shall

send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following

email address: USANM.Civil.Immigration@usdoj.gov.

                                        /s/Kenneth J. Gonzales_____
                                        CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.